IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN R. MCWHIRTER, et al. | : | CIVIL ACTION NO. 4:12-CV-704 |
| Plaintiffs | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| GEORGE SELEMBO, et al. | : | |
| Defendants | : | |

## O R D E R

Before the Court in the above-captioned action is a September 10, 2012 report of the Magistrate Judge. No timely objections have been filed.

**AND NOW**, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) The Plaintiffs' motion to dismiss the defendants' counterclaim (Doc No. 6) is **DENIED**.

3) The case is **REMANDED** to Magistrate Judge Carlson for further proceedings.

*S/ Yvette Kane*
YVETTE KANE, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: October 1, 2012