IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN R. MCWHIRTER, et al. | : | CIVIL ACTION NO. 4:12-CV-704 |
| Plaintiffs | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| GEORGE J. SELEMBO, JR., et al. | : | |
| Defendants | : | |

# O R D E R

Before the Court in the above-captioned action is a November 26, 2012 report of the Magistrate Judge. No timely objections have been filed.

**AND NOW**, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) The Defendants/Counterclaim Plaintiffs motion to dismiss the complaint lodged against them by the Plaintiffs (Doc. No. 12.), is **DENIED** without prejudice.

3) The case is **REMANDED** to Magistrate Judge Schwab for further proceedings.

*S/ Yvette Kane*
YVETTE KANE, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: December 20, 2012